# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | SACV 19-00701-AG (DFMx) | Date | January 13, 2020 |
|---|---|---|---|
| Title | Jorge Valdes v. Harcourts International USA, Inc. | | |

Present: The Honorable  ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION WITHOUT PREJUDICE ON STIPULATION TO DISMISS CASE

The Court, having been advised by the Plaintiff that this action has been resolved by a Joint Stipulation of Dismissal [48], hereby orders this action dismissed WITHOUT prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

Initials of Deputy Clerk    mku